UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-634-D

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

vs.

PRUDENCIO RODRIGUEZ,
INDIVIDUALLY and D/B/A CENTRO
CERVESERO LA SAONA; and CENTRO
CERVESERO LA SAONA, LLC, an
business entity d/b/a CENTRO
CERVESERO LA SAONA,

    Defendants.

## CONSENT JUDGMENT

The Plaintiff and Defendants agreeing that judgment shall be entered in this case, as evidenced by the signatures below, it is hereby ORDERED AND ADJUDGED that judgment be rendered in favor of the Plaintiff and against the Defendants: Prudencio Rodriguez, Individually and d/b/a Centro Cervesero La Saona; and Centro Cervesero La Saona, LLC, d/b/a Centro Cervesero La Saona; jointly and severally, for the sum of Fifteen Thousand Dollars ($15,000.00) with interest and court costs.

SO ORDERED, this __13__ day of March, 2013.

James C. Dever III
Chief United States District Judge